**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JULIE A. SCHWEITZER,** | : | |
| **Plaintiff,** | : | Case No. 2:09-cv-1096 |
| v. | : | **Judge Holschuh** |
| **MICHAEL J. ASTRUE,** | : | **Magistrate Judge Kemp** |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## ORDER

On June 7, 2010, Magistrate Judge Kemp issued a Report and Recommendation, recommending that Plaintiff's motion to remand be denied and that Plaintiff be directed to file a statement of errors within 21 days of the date of any order adopting the recommendation. Although the parties were told of their right to file objections to the Report and Recommendation, and of the consequences of their failure to do so, no objections have been filed.

Therefore, the Court **ADOPTS** the June 7, 2010 Report and Recommendation (Doc. 18), **DENIES** Plaintiff's motion to remand (Doc. 13), and **DIRECTS** Plaintiff to file a statement of errors within 21 days of the date of this Order.

**IT IS SO ORDERED.**

Date: June 25, 2010

**/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court