```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION

JULIE A. SCHWEITZER,            :

        Plaintiff,              :

    v.                          :       Case No. 2:09-cv-1096

MICHAEL J. ASTRUE,              :       Judge Holschuh
COMMISSIONER OF SOCIAL SECURITY,        Magistrate Judge Kemp
                                :
        Defendant.
```

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on November 16, 2010.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The plaintiff's statement of specific errors (#20) is **OVERRULED.**  The Clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

**IT IS SO ORDERED.**

Date: December 9, 2010                  **/s/ John D. Holschuh**
                                        John D. Holschuh, Judge
                                        United States District Court